UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

  -Against-                                      NOTICE OF
                                                APPEARANCE

                                                07-Cr-00866 (JSR)
MANUEL CONCEPCION,                     Hon. Jed S. Rakoff
                                                Date: December 18, 2007

                Defendant.

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Joseph A. Bondy, Esq., enters his appearance as counsel for Manuel Concepcion. Mr. Bondy has been a member of the bar of this Court since July 21, 1995.

                                                <u>Joseph A. Bondy</u>
                                                The Law Offices of Joseph A. Bondy
                                                401 Greenwich St., Fifth Floor
                                                New York, NY 10013
                                                Phone:  (212) 219-3572
                                                Fax:     (212) 219-8456
                                                Email:  <u>Joseph@Bondylaw.com</u>