Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

_Southern_ District of _New York_

USA v.

MANUEL CONCEPCION

Docket No.: 07-CR-866 (JRS)

Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that _Manuel Concepcion_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ✓ ], other [ ✓ ] _SENTENCE_
(specify)

entered in this action on _June 9, 2008_
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    Conviction and Sentence [ ✓ ]

Date _June 18, 2008_

TO
AUSA MARISSA MOLE
ONE SAINT ANDREWS PLAZA
NEW YORK, N.Y. 10007
(212) 637-2800

_Joseph A. Bondy_
(Counsel for Appellant)

Address _401 Greenwich St._
_Fifth Floor_
_New York, NY 10013_

Telephone Number: (212) 219-3572

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ ✓ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ✓ ] Other. Attach explanation *awaiting CJA designation of new counsel. | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [ ___ ] Funds [ ___ ]    CJA Form 24 [ ✓ ]

ATTORNEY'S SIGNATURE _/s/ Joseph Bondy_    DATE _June 18, 2008_

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05